# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0532
_____

MICHAEL WAYNE HILL,

Appellant,

v.

DR. VENKATA SOMPALLI,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jan Shackelford, Judge.


November 29, 2023

PER CURIAM.

The court treats the appeal as a petition for writ of certiorari and dismisses the matter for failure to demonstrate an entitlement to relief.

B.L. THOMAS, RAY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael Wayne Hill, pro se, Appellant.

Charles Wiggins of Beggs & Lane, RLLP, Pensacola, for Appellee.